UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY M. DAWSON, | ) |
| Plaintiff, | ) |
| v. | ) No.: 1:18-CV-42-TAV-CHS |
| NURSE KAY STANSBERRY, and BENNI RICHINSON, | ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Defendants' motion for summary judgment [Doc. 34] is **GRANTED**, and this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED WITH PREJUDICE**. All other pending motions are **DENIED** as moot. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED**.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT